# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, John Barrera, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been since September 2019. I am currently assigned to the FBI's San Juan Division in the Violent Crimes and Major Offenders Task Force. During my time as a Task Force Officer, I have investigated various violations of federal law to include armed carjackings, Hobbs Act robberies, kidnappings, and assaults on federal officers.

3. The facts in this affidavit come from my personal observations, my training and experience, interviews conducted, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts set forth below, there is probable cause to believe that Pedro Abdiel TORRES-SOTO violated 18 U.S.C. §§ 1201(a)(1) (kidnapping) and 18 U.S.C. §§ 2119(1) (carjacking).

## **PROBABLE CAUSE**

5.    On May 21, 2025, at approximately 10:55pm, VICTIM 1 was parked in his vehicle, a Blue Mitsubishi Lancer with Puerto Rico License plate KKU 976 (hereinafter the "Mitsubishi"), at the Selectos Supermarket in Ciales, Puerto Rico.  VICTIM 1 was approached by one masked individual, later identified as Pedro Abdiel TORRES-SOTO, pointing a black rifle. The TORRES-SOTO, via intimidation and threat, using a rifle, ordered VICTIM 1 to get out of the vehicle. TORRES-SOTO got into the Mistubishi and noticed that it had a manual transmission. At that point, TORRES-SOTO pointed the rifle at VICTIM 1 and ordered VICTIM 1 to return to the vehicle and drive because UNSUB could not drive a manual or standard vehicle. TORRES-SOTO got inside the vehicle, sat behind driver's seat and ordered VICTIM 1 to drive away towards downtown Ciales. VICTIM 1 acquiesced out of fear for his life. TORRES-SOTO ordered VICTIM 1 to stop at downtown Ciales.  TORRES-SOTO warned VICTIM 1 not to move while TORRES-SOTO stepped out of the vehicle to remove the vehicle license plate.  TORRES-SOTO got back in the vehicle and instructed VICTIM 1 where to drive.

6.    TORRES-SOTO told VICTIM 1 to stop a Golf gas station in sector Pugnado in Cailes, PR. TORRES-SOTO told VICTIM to buy a lighter and wrapping paper. Then, TORRES-SOTO took off his mask and got out of the car which was captured on security camera footage.



*UNSUB getting out of car without mask*

7.  TORRES-SOTO and VICTIM 1 got back into the Mitsubishi and drove towards a neighborhood in Barceloneta (at TORRES-SOTO's commands).

8.  When they reached Urbanizacion Estancias de Barceloneta in Barceloneta, Puerto Rico, at approximately 11:45pm, TORRES-SOTO told VICTIM 1 to stop the Mitsubishi next to a gray Infiniti Q50 with Puerto Rico license plate IYT 423 (hereinafter the "Infiniti") inside which VICTIM 2 was sitting. TORRES-SOTO got out of the Mitsubishi, pointed the rifle at VICTIM 2 and told him to get out of the Infiniti. VICTIM 2 got out of the Infiniti and gave the keys to TORRES-SOTO. TORRES-SOTO got into the Infiniti and drove off.

9.  When TORRES-SOTO got out of the Mitsubishi, VICTIM 1 drove off. TORRES-SOTO followed VICTIM 1 in the Infiniti honking the horn and telling VICTIM 1 to stop the car. TORRES-SOTO told VICTIM 1 to give him his things back. VICTIM 1 stopped and gave TORRES-SOTO his belongings, except TORRES-SOTO's gray jacket. UNSUB drove off in the

Infiniti and VICTIM 1 went to Policia de Puerto Rico (POPR) to file a report. VICTIM 2 also filed a police report.

10. The Infiniti was later found at Road 140 Pugnal ward in Florida. It had crashed and there was no one inside.

11. At approximately 2:00 AM on May 22, 2025, Pedro Abdiel TORRES-SOTO, called 911 requesting medical assistance at gas station near the location of the Infiniti crash. Police and an ambulance responded. He was taken to the Doctor Center Hospital in Manati.

12. POPR agents were aware of VICTIM 1 and VICTIM 2's complaints and had seen security camera video from the Golf gas station. They responded to the hospital. When they saw TORRES-SOTO in the hospital they recognized him as the same person in the video and placed arrest and read him his rights. In an interview with POPR officers, after waiving his Miranda rights, TORRES-SOTO confessed to carjacking both the Mitsubishi and Infiniti. He explained that, after he carjacked the Infiniti, he crashed it and hid in the hillside before calling 911 and going to the gas station. He claimed the rifle he was using was not real and told agents where he had tossed. Despite POPR's efforts, the rifle has not yet been located.

13. In the Mitsubishi, POPR recovered the TORRES-SOTO's gray jacket. POPR also recovered a mask in the Infiniti.

14. On May 23, 2025, FBI TFOs advised TORRES-SOTO of his Miranda right once again. After waiving his Miranda rights, TORRES-SOTO confessed to carjacking both the Mitsubishi and Infiniti and corroborated VICTIM 1's and VICTIM 2's accounts of the events. He indicated that he crashed the Infiniti and was injured. He called 911 saying someone was trying to kill him so they would arrive quickly. He was transported via ambulance to Doctor's Center

Hospital in Manati, PR where he was arrested. He claimed he lost the rifle (which he described as black and made of metal) in the woods after the car crashed. He claimed it was an air soft rifle.

15. Based on my training and experience, Mitsubishi Lancers and Infiniti Q50s vehicles are not manufactured in Puerto Rico and therefore must have been shipped through interstate or foreign commerce and are instrumentalities of interstate and foreign commerce.

## CONCLUSION

15. Based upon my training, experience, and the above facts, I respectfully submit there is sufficient probable cause to show Pedro Abdiel TORRES-SOTO 18 U.S.C. §§ 2119(1) (carjacking) (2 counts), and 18 U.S.C. §§ 1201(a)(1) (kidnapping).

Respectfully submitted,

John Barrera,
Task Force Officer
FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico, at 12:18 p.m. on May 23, 2025.

Honorable Hector L. Ramos-Vega
United States Magistrate Judge

5